# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIAN RAGSDALE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **UNIVERSITY OF PENNSYLVANIA** | : | |
| **HEALTH SYSTEMS** | : | **NO. 19-2797** |

## ORDER

**NOW**, this 13th day of April, 2020, upon consideration of the Motion of Defendant The Trustees of the University of Pennsylvania for Summary Judgment (Docket No. 15), the plaintiff's response, and the defendant's reply, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of defendant, The Trustees of the University of Pennsylvania, and against plaintiff, Brian Ragsdale.

/s/ TIMOTHY J. SAVAGE J.